2018R00047/CC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 20- |
| | : | |
| RINO DIAMANTE | : | 18 U.S.C. § 2261A(2)(B) |

### INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

### COUNT ONE

(Cyberstalking)

From in or around January 2016 through in or around August 2019, in Bergen County, in the District of New Jersey and elsewhere, the defendant,

**RINO DIAMANTE**,

with the intent to injure, harass, and intimidate another person, used the mail, interactive computer services and electronic communication services and electronic communication systems of interstate commerce, and other facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, namely known and unknown adult victims, including Victims 1-23, namely, DIAMANTE posted harassing communications and images on online web forums about Victims 1-23 and sent harassing communications to Victims 1-23 and their acquaintances.

In violation of Title 18, United States Code, Section 2261A(2)(B).

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 20-_____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

RINO DIAMANTE

## INFORMATION FOR

18 U.S.C. § 2261A(2)(B)

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

CASSYE COLE
ASSISTANT U.S. ATTORNEY
973-297-2023